B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Biedermann Manufacturing Industries Incorporated** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**06-1079943** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4541 Preslyn Drive**<br>**Raleigh, NC**<br>ZIP Code **27616** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Wake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Thomaston, CT; Raleigh, NC; and Westminster, SC** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Biedermann Manufacturing Industries Incorporated** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Biedermann Manufacturing Industries Incorporated** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ John A. Northen, NCSB**
_____
Signature of Attorney for Debtor(s)

**John A. Northen, NCSB 6789**
_____
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
_____
Firm Name

**1414 Raleigh Road, Suite 435**
**P.O. Box 2208**
**Chapel Hill, NC 27515-2208**
_____
Address

**(919) 968-4441**
_____
Telephone Number

**November  8, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John W. Biedermann**
_____
Signature of Authorized Individual

**John W. Biedermann**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**November  8, 2010**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   Biedermann Manufacturing Industries Incorporated         Case No. _____

                                            Debtor(s)         Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Avins Industrial Products<br>2 North Road<br>Warren, NJ 07059 | Avins Industrial Products<br>2 North Road<br>Warren, NJ 07059 | Goods/Raw materials | | 7,902.00 |
| Bank of America Visa<br>P.O. Box 15170<br>Wilmington, DE 19886 | Bank of America Visa<br>P.O. Box 15170<br>Wilmington, DE 19886 | goods and services | | 18,285.00 |
| BB&T Visa<br>P.O. Box 580340<br>Charlotte, NC 28258 | BB&T Visa<br>P.O. Box 580340<br>Charlotte, NC 28258 | goods and services | | 26,851.00 |
| Brooks Pierce & McLendon<br>150 Fayetteville Street Mall<br>Suite 1600<br>Raleigh, NC 27602 | Brooks Pierce & McLendon<br>150 Fayetteville Street Mall<br>Suite 1600<br>Raleigh, NC 27602 | Legal Services | | 6,154.00 |
| Connecticut Department of Revenue<br>25 Sigourney St.<br>Suite 2<br>Hartford, CT 06106-5032 | Connecticut Department of Revenue<br>25 Sigourney St.<br>Suite 2<br>Hartford, CT 06106-5032 | Penalties | | 3,608.00 |
| Connecticut Department of Revenue<br>25 Sigourney St.<br>Hartford, CT 06106-5032 | Connecticut Department of Revenue<br>25 Sigourney St.<br>Hartford, CT 06106-5032 | Payroll and Unemployment Taxes | | 28,468.00 |
| Connecticut Dept. of Environ. Protection<br>Bureau of Financial and Support Services<br>79 Elm Street<br>Hartford, CT 06106 | Connecticut Dept. of Environ. Protection<br>Bureau of Financial and Support Services<br>79 Elm Street<br>Hartford, CT 06106 | Civil Penalty | | 39,350.00 |
| Hartford Life<br>P.O. Box 2907<br>Hartford, CT 06104-4465 | Hartford Life<br>P.O. Box 2907<br>Hartford, CT 06104-4465 | Insurance | | 29,337.00 |
| House of Metals d/b/a Gibraltar Metals<br>385 Stamm Road<br>Newington, CT 06111 | House of Metals d/b/a Gibraltar Metals<br>385 Stamm Road<br>Newington, CT 06111 | Goods/Raw Materials | | 17,251.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Biedermann Manufacturing Industries Incorporated                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Internal Revenue Service<br>Special Procedures<br>320 Federal Place, Room 312<br>Greensboro, NC 27401 | Internal Revenue Service<br>Special Procedures<br>320 Federal Place, Room 312<br>Greensboro, NC 27401 | Taxes and Penalties | | 433,295.00 |
| Massachusetts Dept. of Revenue<br>P.O. Box 7010<br>Boston, MA 02204 | Massachusetts Dept. of Revenue<br>P.O. Box 7010<br>Boston, MA 02204 | Payroll and Unemployment Taxes | | 2,052.00 |
| Metal Shapes & Alloys, LLC<br>3300-D North Main Street<br>Anderson, SC 29621-4128 | Metal Shapes & Alloys, LLC<br>3300-D North Main Street<br>Anderson, SC 29621-4128 | Goods/Raw Materials | | 15,177.00 |
| North Carolina Dept of Revenue<br>P O Box 25000<br>Raleigh, NC 27640 | North Carolina Dept of Revenue<br>P O Box 25000<br>Raleigh, NC 27640 | Payroll and Unemployment Taxes | | 37,165.00 |
| Oconee County Tax Collector<br>P.O. Box 29691<br>Greenville, SC 29601 | Oconee County Tax Collector<br>P.O. Box 29691<br>Greenville, SC 29601 | Personal Property Tax | | 7,690.00 |
| Progress Energy<br>P. O. Box 20481<br>Raleigh, NC 27698 | Progress Energy<br>P. O. Box 20481<br>Raleigh, NC 27698 | Electric Service | | 3,359.00 |
| Ron White's<br>4019 S. Murray Ave.<br>Anderson, SC 29624 | Ron White's<br>4019 S. Murray Ave.<br>Anderson, SC 29624 | Services | | 2,012.00 |
| Scales Industrial Tech<br>292 Pratt St.<br>Meriden, CT 06450 | Scales Industrial Tech<br>292 Pratt St.<br>Meriden, CT 06450 | Repair Services | | 2,338.00 |
| South Carolina Department of Revenue<br>Sales Tax Section<br>Columbia, SC 29214-0001 | South Carolina Department of Revenue<br>Sales Tax Section<br>Columbia, SC 29214-0001 | Payroll  and Unemployment Taxes | | 2,184.00 |
| Thomaston Tax Collector<br>P.O. Box 136<br>Thomaston, CT 06787 | Thomaston Tax Collector<br>P.O. Box 136<br>Thomaston, CT 06787 | Personal Property Tax | | 23,874.00 |
| Wake County Tax Collector<br>P.O. Box 2331<br>Raleigh, NC 27602 | Wake County Tax Collector<br>P.O. Box 2331<br>Raleigh, NC 27602 | Personal Property Tax | | 20,087.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Biedermann Manufacturing Industries Incorporated                              Case No.                                 

                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  November 8, 2010               Signature   /s/ John W. Biedermann                    

                                                                 John W. Biedermann

                                                                 President

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                     Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Eastern District of North Carolina

In re   **Biedermann Manufacturing Industries Incorporated**                ,
Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,071,393.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 824,165.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 554,815.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 2,074,146.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 1,071,393.00 | | |
| | | Total Liabilities | | 3,453,126.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    **Biedermann Manufacturing Industries Incorporated**                                   ,    Case No. _____

Debtor

Chapter _____ **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Biedermann Manufacturing Industries Incorporated**        ,    Case No. _____

                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re  **Biedermann Manufacturing Industries Incorporated**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BB&T - BMI Deposit Account | - | 1,823.00 |
| | | BB&T - BMI 401(k) Zero-balance Account | - | 0.00 |
| | | RBC - BMI Operating Account | - | 15,520.00 |
| | | RBC - BMI Operating Account | - | 8,072.00 |
| | | RBC - BMI Payroll Account - Zero balance account | - | 0.00 |
| | | Thomaston Savings Bank - BMI Operating Account | - | 3,176.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with GLC Associates (CT Lease) | - | 8,288.00 |
| | | Security Deposit with Don Underwood Building (NC Lease) | - | 5,325.00 |
| | | Security Deposit with Triple L Holdings (SC Lease) | - | 5,204.00 |
| | | Security Deposit with Blue Ridge Electric (SC Electric) | - | 2,200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total >  | 49,608.00 |
|---|---|---|
|  | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Biedermann Manufacturing Industries Incorporated**                                ,        Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Cash Value of Life Insurance Policy** | - | **2,990.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (CT, NC, SC)** | - | **313,068.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Note Receivable in the amount of $709,413 from Carefree Carolina, LLC; value to the Debtor unknown since the debt is likely uncollectible.** | - | **1.00** |
| | | **Note Receivable in the amount of $2,161,235 owed by RecZone, LLC; value to the Debtor unknown since the debt is likely uncollectible.** | - | **1.00** |

Sub-Total >        **316,060.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Biedermann Manufacturing Industries Incorporated** ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Vechiles located in Thomaston, CT, Raleigh, NC and Westminster, SC** | - | 19,725.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment, Furnishings and Supplies located in Thomaston, CT, Raleigh, NC and Westminster, SC** | - | 11,000.00 |

|  | Sub-Total > | 30,725.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Biedermann Manufacturing Industries Incorporated**                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Manufacturing Equipment located in Thomaston, CT; Raleigh, NC; and Westminster, SC; the Debtor is uncertain as to the fair market value of this property, but could range from $400,000 (liquidation value) to $1,000,000 (sale of BMI as a going concern). | - | 500,000.00 |
| 30. Inventory. | | Raw Materials (Aluminum, Brass, Bronze, Cold Roll Steel, Copper, Ni Silver, Plastic, Stainless Steel); the Debtor is uncertain as to the fair market value of this property, but could range from $18,000 (liquidation value) to $134,000 (sale of BMI as a going conern). | - | 25,000.00 |
| | | Unfinished Goods (WIP); the Debtor is uncertain as to the fair market value of this property, but could range from $33,000 (liquidation value) to $410,000 (sale of BMI as a going concern). | - | 50,000.00 |
| | | Finished Goods; the Debtor is uncertain as to the fair market value of this property, but could range from $88,000 (liquidation value) to $1,100,000 (sale of BMI as a going concern). | - | 100,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     675,000.00
(Total of this page)
Total >     1,071,393.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Biedermann Manufacturing Industries Incorporated**                           Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **9511548877  Note 5**<br><br>**BB&T**<br>**P.O. Box 27961**<br>**Raleigh, NC 27611** | | - | **10/24/2008**<br><br>**Security Interest**<br><br>**Debtor's Accounts, Inventory, Equipment, General Intangibles and the Proceeds thereof** | | | | | |
| | | | Value $              **Unknown** | | | | **670,125.00** | **Unknown** |
| Account No. **9511548877  Note 6**<br><br>**BB&T**<br>**P.O. Box 27961**<br>**Raleigh, NC 27611** | | - | **10/24/2008**<br><br>**Security Interest**<br><br>**Debtor's Accounts, Inventory, Equipment, General Intangibles and the Proceeds thereof** | | | | | |
| | | | Value $              **Unknown** | | | | **154,040.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal<br>(Total of this page) | **824,165.00** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **824,165.00** | **0.00** |

B6E (Official Form 6E) (4/10)

In re  **Biedermann Manufacturing Industries Incorporated**                              Case No. _____
                                                                                    ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Biedermann Manufacturing Industries Incorporated**              Case No. _____
                                                                    ,
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | | |
| Account No. | | **2010** | | | | | | | |
| **Connecticut Department of Revenue** **25 Sigourney St.** **Hartford, CT 06106-5032** | - | **Payroll and Unemployment Taxes** | | | | | | | 0.00 |
| | | | | | | | | 28,468.00 | 28,468.00 |
| Account No. | | for notice purposes only | | | | | | | |
| **Employment Security Commission** **700 Wade Avenue** **P.O. Box 26504** **Raleigh, NC 27611** | - | | | | | | | | Unknown |
| | | | | | | | | Unknown | 0.00 |
| Account No. | | **2010** | | | | | | | |
| **Internal Revenue Service** **Special Procedures** **320 Federal Place, Room 312** **Greensboro, NC 27401** | - | **Taxes and Penalties** | | | | | | | 28,331.00 |
| | | | | | | | | 433,295.00 | 404,964.00 |
| Account No. | | **2010** | | | | | | | |
| **Massachusetts Dept. of Revenue** **P.O. Box 7010** **Boston, MA 02204** | - | **Payroll and Unemployment Taxes** | | | | | | | 0.00 |
| | | | | | | | | 2,052.00 | 2,052.00 |
| Account No. | | **2010** | | | | | | | |
| **North Carolina Dept of Revenue** **P O Box 25000** **Raleigh, NC 27640** | - | **Payroll and Unemployment Taxes** | | | | | | | 0.00 |
| | | | | | | | | 37,165.00 | 37,165.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 28,331.00
(Total of this page) | 500,980.00 | 472,649.00

B6E (Official Form 6E) (4/10) - Cont.

In re **Biedermann Manufacturing Industries Incorporated**                    Case No. _____

                                                                    ,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1777668** <br><br> **Oconee County Tax Collector** <br> **P.O. Box 29691** <br> **Greenville, SC 29601** | | - | **2010** <br><br> **Personal Property Tax** | | | | 7,690.00 | 0.00 <br><br> 7,690.00 |
| Account No. <br><br> **South Carolina Department of Revenue** <br> **Sales Tax Section** <br> **Columbia, SC 29214-0001** | | - | **2010** <br><br> **Payroll  and Unemployment Taxes** | | | | 2,184.00 | 0.00 <br><br> 2,184.00 |
| Account No. <br><br> **Thomaston Tax Collector** <br> **P.O. Box 136** <br> **Thomaston, CT 06787** | | - | **7/1/08 - 6/30/10** <br><br> **Personal Property Tax** | | | | 23,874.00 | 0.00 <br><br> 23,874.00 |
| Account No. **6080541** <br><br> **Wake County Tax Collector** <br> **P.O. Box 2331** <br> **Raleigh, NC 27602** | | - | **2010** <br><br> **Personal Property Tax** | | | | 20,087.00 | 0.00 <br><br> 20,087.00 |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 53,835.00 | 0.00 <br> 53,835.00 |
| Total (Report on Summary of Schedules) | 554,815.00 | 28,331.00 <br> 526,484.00 |

B6F (Official Form 6F) (12/07)

In re   **Biedermann Manufacturing Industries Incorporated** ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Avins Industrial Products**<br>**2 North Road**<br>**Warren, NJ 07059** | | - | | | **10/13/2010**<br>**Goods/Raw materials** | | | | **7,902.00** |
| Account No.<br><br>**Bank of America Visa**<br>**P.O. Box 15170**<br>**Wilmington, DE 19886** | | - | | | **2010**<br>**goods and services** | | | | **18,285.00** |
| Account No.<br><br>**BB&T Visa**<br>**P.O. Box 580340**<br>**Charlotte, NC 28258** | | - | | | **2010**<br>**goods and services** | | | | **26,851.00** |
| Account No.<br><br>**Biedermann Realty Group, LLC**<br>**4541 Preslyn Drive**<br>**Raleigh, NC 27616** | | - | | | **Loans to BMI** | | | | **908,908.00** |
| __4__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **961,946.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Biedermann Manufacturing Industries Incorporated**
_____ ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Brooks Pierce & McLendon** <br>**150 Fayetteville Street Mall** <br>**Suite 1600** <br>**Raleigh, NC 27602** | - | | | **6/6/09 - 8/10/10** <br>**Legal Services** | | | | **6,154.00** |
| Account No. <br><br>**CIT Technology** <br>**P.O. Box 550559** <br>**Jacksonville, FL 32255-0599** | - | | | **7/2/10 - 10/2/10** <br>**Copier Lease** | | | | **594.00** |
| Account No. **92-099-79** <br><br>**Connecticut Department of Labor** <br>**200 Folly Brook Blvd.** <br>**Wethersfield, CT 06109** | - | | | **8/16/10 - 9/14/10** <br>**Penalties** | | | | **50.00** |
| Account No. **3581246-000** <br><br>**Connecticut Department of Revenue** <br>**25 Sigourney St.** <br>**Suite 2** <br>**Hartford, CT 06106-5032** | - | | | **3/9/0 - 10/12/10** <br>**Penalties** | | | | **3,608.00** |
| Account No. <br><br>**Connecticut Dept. of Environ. Protection** <br>**Bureau of Financial and Support Services** <br>**79 Elm Street** <br>**Hartford, CT 06106** | - | | | **Civil Penalty** | | | | **39,350.00** |

| Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **49,756.00** |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Biedermann Manufacturing Industries Incorporated**                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 7/24/10 - 10/23/10 Copier Lease | | | | |
| De Lage Landen P.O. Box 41602 Philadelphia, PA 19101-1602 | - | | | | | | | | |
| | | | | | | | | | 838.00 |
| Account No. | | | | | Loans to BMI | | | | |
| Four Boys, LLC 4541 Preslyn Drive Raleigh, NC 27616 | - | | | | | | | | |
| | | | | | | | | | 353,300.00 |
| Account No. 2212956 | | | | | 5/31/10 Insurance | | | | |
| Hartford Life P.O. Box 2907 Hartford, CT 06104-4465 | - | | | | | | | | |
| | | | | | | | | | 29,337.00 |
| Account No. | | | | | 8/19/10 - 10/6/10 Goods/Raw Materials | | | | |
| House of Metals d/b/a Gibraltar Metals 385 Stamm Road Newington, CT 06111 | - | | | | | | | | |
| | | | | | | | | | 17,251.00 |
| Account No. | | | | | Loans to BMI | | | | |
| John W. Biedermann 420 Tharps Lane Raleigh, NC 27614 | - | | | | | | | | |
| | | | | | | | | | 636,267.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  |  **1,036,993.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Biedermann Manufacturing Industries Incorporated**                      ,       Case No. _____

                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Metal Shapes & Alloys, LLC**<br>**3300-D North Main Street**<br>**Anderson, SC 29621-4128** | - | | | **6/16/10 - 10/14/10**<br>**Goods/Raw Materials** | | | | **15,177.00** |
| Account No. **06-1079943**<br><br>**North Carolina Dept of Revenue**<br>**P O Box 25000**<br>**Raleigh, NC 27640** | - | | | **1/9/10 - 2/2/10**<br>**Penalties** | | | | **421.00** |
| Account No. **R809226**<br><br>**OCE Imagistics**<br>**P.O. Box 865193**<br>**Louisville, KY 40285-6210** | - | | | **6/16/10 - 10/13/10**<br>**Copier Lease** | | | | **672.00** |
| Account No. **225-453-8867**<br><br>**Progress Energy**<br>**P. O. Box 20481**<br>**Raleigh, NC 27698** | - | | | **10/2010**<br>**Electric Service** | | | | **3,359.00** |
| Account No.<br><br>**R&L Carriers**<br>**P.O. Box 713153**<br>**Columbus, OH 43271-3153** | - | | | **4/6/10 - 10/5/10**<br>**Freight Services** | | | | **1,472.00** |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **21,101.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Biedermann Manufacturing Industries Incorporated** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 8/27/10 Services | | | | |
| Ron White's 4019 S. Murray Ave. Anderson, SC 29624 | - | | | | | | | |
| | | | | | | | | 2,012.00 |
| Account No. | | | | 4/9/10 - 7/9/10 Repair Services | | | | |
| Scales Industrial Tech 292 Pratt St. Meriden, CT 06450 | - | | | | | | | |
| | | | | | | | | 2,338.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **4,350.00**

Total (Report on Summary of Schedules)  **2,074,146.00**

B6G (Official Form 6G) (12/07)

In re   **Biedermann Manufacturing Industries Incorporated**                                   ,         Case No. _____
                                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Biederman Realty Group, LLC**<br>**4541 Preslyn Drive**<br>**Raleigh, NC 27616** | **NC Facility Building Lease** |
| **CIT**<br>**P.O. Box 1630**<br>**Livingston, NJ 07039** | **CT Photocopier/Fax Lease** |
| **CIT**<br>**P.O. Box 1630**<br>**Livingston, NJ 07039** | **NC and SC Photocopier Lease** |
| **GLC Associates**<br>**135 South Main Street**<br>**Thomaston, CT 06787** | **Connecticut Facility Building Lease** |
| **Oce Imagistics**<br>**P.O. Box 865193**<br>**Louisville, KY 40285** | **Copier Service Contract** |
| **Pitney Bowes, Inc.**<br>**P.O. Box 856390**<br>**Louisville, KY 40285** | **Postage Meter Lease** |
| **Triple L Holdings**<br>**655 H. Fairview Road, #303**<br>**Simpsonville, SC 29680** | **South Carolina Facility Building Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Biedermann Manufacturing Industries Incorporated** ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John W. Biedermann**<br>**420 Tharps Lane**<br>**Raleigh, NC 27614**<br>  **Guarantor** | **BB&T**<br>**P.O. Box 27961**<br>**Raleigh, NC 27611**<br>  **Notes 5 and 6** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Biedermann Manufacturing Industries Incorporated           Case No.                          

                                              Debtor(s)                      Chapter     11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    18    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    November  8, 2010                          Signature    /s/ John W. Biedermann
                                                                John W. Biedermann
                                                                 President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Biedermann Manufacturing Industries Incorporated        Case No.
                                            Debtor(s)        Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $    30,000.00 |
| Prior to the filing of this statement I have received | $    25,000.00 |
| Balance Due | $    5,000.00 |

2.   The source of the compensation paid to me was:

     ☐ Debtor    ■ Other (specify):    RecZone, LLC

3.   The source of compensation to be paid to me is:

     ☐ Debtor    ■ Other (specify):    RecZone, LLC will advance an additional $5,000, and the Debtor will pay any
                                          additional fees incurrred above $30,000 as allowed by the Court

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Fees as pursuant to Local Rule 2016-1, a copy of which has been provided to the debtor.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    November 8, 2010                  /s/ John A. Northen, NCSB
                                               John A. Northen, NCSB 6789
                                               Northen Blue, L.L.P.
                                               1414 Raleigh Road, Suite 435
                                               P.O. Box 2208
                                               Chapel Hill, NC 27515-2208
                                               (919) 968-4441

# United States Bankruptcy Court

## Eastern District of North Carolina

In re   **Biedermann Manufacturing Industries Incorporated**    ,    Case No. _____
                     Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John W. Biedermann**<br>**420 Tharps Lane**<br>**Raleigh, NC 27614** | **Stock** | **75%** | |
| **Pamela A. Biedermann**<br>**420 Tharps Lane**<br>**Raleigh, NC 27614** | **Stock** | **25%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**November  8, 2010**_____    Signature _**/s/ John W. Biedermann**_____

                                                  **John W. Biedermann**
                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Biedermann Manufacturing Industries Incorporated        Case No. _____

                              Debtor(s)            Chapter     11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    November  8, 2010                  /s/ John W. Biedermann

                                               John W. Biedermann/President
                                               Signer/Title

Avins Industrial Products
2 North Road
Warren, NJ 07059

Connecticut Department of Labor
200 Folly Brook Blvd.
Wethersfield, CT 06109

House of Metals d/b/a Gibraltar Met
385 Stamm Road
Newington, CT 06111

Bank of America Visa
P.O. Box 15170
Wilmington, DE 19886

Connecticut Department of Revenue
25 Sigourney St.
Suite 2
Hartford, CT 06106-5032

Internal Revenue Service
Special Procedures
320 Federal Place, Room 312
Greensboro, NC 27401

BB&T
P.O. Box 27961
Raleigh, NC 27611

Connecticut Department of Revenue
25 Sigourney St.
Hartford, CT 06106-5032

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

BB&T Visa
P.O. Box 580340
Charlotte, NC 28258

Connecticut Dept. of Environ. Protection
Bureau of Financial and Support Services
79 Elm Street
Hartford, CT 06106

John W. Biedermann
420 Tharps Lane
Raleigh, NC 27614

Biederman Realty Group, LLC
4541 Preslyn Drive
Raleigh, NC 27616

De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602

Massachusetts Dept. of Revenue
P.O. Box 7010
Boston, MA 02204

Biedermann Realty Group, LLC
4541 Preslyn Drive
Raleigh, NC 27616

Employment Security Commission
700 Wade Avenue
P.O. Box 26504
Raleigh, NC 27611

Metal Shapes & Alloys, LLC
3300-D North Main Street
Anderson, SC 29621-4128

Brooks Pierce & McLendon
150 Fayetteville Street Mall
Suite 1600
Raleigh, NC 27602

Four Boys, LLC
4541 Preslyn Drive
Raleigh, NC 27616

North Carolina Dept of Revenue
P O Box 25000
Raleigh, NC 27640

CIT
P.O. Box 1630
Livingston, NJ 07039

GLC Associates
135 South Main Street
Thomaston, CT 06787

OCE Imagistics
P.O. Box 865193
Louisville, KY 40285-6210

CIT Technology
P.O. Box 550559
Jacksonville, FL 32255-0599

Hartford Life
P.O. Box 2907
Hartford, CT 06104-4465

Oce Imagistics
P.O. Box 865193
Louisville, KY 40285

Oconee County Tax Collector
P.O. Box 29691
Greenville, SC 29601

Triple L Holdings
655 H. Fairview Road, #303
Simpsonville, SC 29680

Pamela A. Biedermann
420 Tharps Lane
Raleigh, NC 27614

Wake County Tax Collector
P.O. Box 2331
Raleigh, NC 27602

Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY 40285

Progress Energy
P. O. Box 20481
Raleigh, NC 27698

R&L Carriers
P.O. Box 713153
Columbus, OH 43271-3153

Ron White's
4019 S. Murray Ave.
Anderson, SC 29624

Scales Industrial Tech
292 Pratt St.
Meriden, CT 06450

South Carolina Department of Revenue
Sales Tax Section
Columbia, SC 29214-0001

Thomaston Tax Collector
P.O. Box 136
Thomaston, CT 06787

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Biedermann Manufacturing Industries Incorporated                         Case No.
                                                                 Debtor(s)           Chapter    11


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Biedermann Manufacturing Industries Incorporated   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

John W. Biedermann
420 Tharps Lane
Raleigh, NC 27614

Pamela A. Biedermann
420 Tharps Lane
Raleigh, NC 27614


☐ None [*Check if applicable*]


November  8, 2010

Date

/s/ John A. Northen, NCSB

John A. Northen, NCSB 6789

Signature of Attorney or Litigant
Counsel for   Biedermann Manufacturing Industries Incorporated

Northen Blue, L.L.P.
1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441