UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PAF INVESTMENTS, LLC, successor in
interest to BRANCH BANKING & TRUST
COMPANY,
Appellant,

v.

BIEDERMANN MANUFACTURING
INDUSTRIES, INC.,
Appellee.

CASE NO: 5:11-cv-00265-H

ORDER GRANTING STIPULATION
TO DISMISS APPEAL

Upon Motion of the Appellant and Appellee, and for good cause shown, IT IS ORDERED that the appeal of the Bankruptcy Court's Order Determining Issues Relating to Debtor's Motion for Authority to Use Cash Collateral entered on March 31, 2011 is hereby dismissed.

DATED: October 3, 2011

DENNIS P. IAVARONE, CLERK